Argued and submitted March 31, conviction affirmed; remanded for resentencing
May 12, 1993

STATE OF OREGON,
*Respondent,*

*v.*

JACK EDWARD GRAVES, JR.,
*Appellant.*

(C9109-34564; CA A73523)

851 P2d 635

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Amy E. Alpaugh, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Rossman and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for unlawful delivery of a controlled substance, a Category 4 crime in this case. ORS 475.996(3)(a). The state concedes that the trial court erred in imposing a 36-month period of post-prison supervision.

Conviction affirmed; remanded for resentencing.